JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 698 -- IN RE REXPLORE, INC. SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/06/30 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- (A-1 thru A-12) filed by Forum Insurance Company, Inc. -- SUGGESTED TRANSFEREE DISTRICT: SOUTHERN DISTRICT OF NEW YORK; SUGGESTED TRANSFEREE JUDGE: ? -- w.cert. of svc. (rh) |
| 86/07/08 | 2 | REQUEST FOR EXTENTION OF TIME TO FILE RESPONSE TO MOTION -- Warren T. Chistensen, et al.-- GRANTED TO ALL PARTIES TO AND INCLUDING JULY 30, 1986. (paa) |
| 86/07/10 | | APPEARANCES: MITCHELL L. LATHROP, ESQ. for C. Terry Brown; JAMES B. WRIGHT, ESQ. for Barclays American Business Credit; ROBERT LEWIN, ESQ. for Forum Insurance Co.; DIANA PARKER, ESQ. for Clinton Reilly, Warren T. Christensen, John Schmelzer; WILLIAM F. ALDERMAN, ESQ. for Sentra Securities Corp.; MARTIN R. GOLD, ESQ. for Tico Bonomo, Sidney Slovik, Robert Wanderman; RICHARD L. JAEGER, ESQ. for Jonathan Noble, et al.; (rh) |
| 86/07/15 | 3 | RESPONSE TO PLDG. #1 -- Deft. C. Terry Brown -- w/Memorandum of Law & cert. of svc. (paa) |
| 86/07/21 | 4 | RESPONSE/MEMORANDUM (TO PLDG. #1) -- Defendants Sidney Slovik, Tico Bonomo & Robert Wanderman -- w/cert. of svc. (paa) |
| 86/07/21 | | APPEARANCE: HARRY H. WISE, III, ESQUIRE for Steven Morton & Rawson Nelson. (paa) |
| 86/07/30 | 5 | NOTICE OF JOINDER TO PLDG. #6 -- Defandants Clinton Reilly, Warren T. Christensen and John Schmelzer -- w/cert. of svc. (tmq) |
| 86/07/30 | 6 | RESPONSE TO PLDG. #1 -- Plaintiffs Jonathan Noble, et al. -- W/Memorandum and cert. of svc. (paa) |
| 86/07/30 | 7 | RESPONSE TO PLDG. #1 -- Plaintiffs Sentra Securities Corporation -- W/Brief and cert. of svc. (paa) |
| 86/08/06 | 8 | REPLY -- Forum Insurance Co., w/cert. of svc. (tmq) |
| 86/08/11 | 9 | JOINDER/RESPONSE -- (to pldg. #1) Frank H. Seyer and Richard G. Levine -- w/cert. of svc. (rh) |

698        IN RE REXPLORE, INC. SECURITIES LITIGATION

| Date | No. | Description |
|---|---|---|
| 86/08/15 | | HEARING ORDER -- Setting motion of Forum Insurance Co., Inc., for transfer of A-1 thru A-12 -- On September 25, 1986 in Pittsburgh, Pa. (paa) |
| 86/09/16 | 10 | LETTER -- Rexplore, Inc. (dated 9/8/86) additional information -- w/cert. of svc. (tmq) |
| 86/09/23 | 11 | NOTICE OF JOINDER AND JOINDER (re: pldg. #1) -- deft. Barclays/American Business Credit, Inc. -- w/cert. of service (cds) |
| 86/09/23 | 12 | SUPPLEMENTAL RESPONSE -- pltf. Johnathan Noble, et al. -- w/cert. of service (cds) |
| 86/09/25 | | APPEARANCES FOR HEARING -- Pittsburgh, Pennsylvania on September 25, 1986 -- Robert Lewin, Esq. for Forum Insurance Company; Martin R. Gold, Esq. for Sidney Slovik, Tico Bonomo & Robert Wanderman; Beatrice H. Salten-Smith, Esq. for Frank H. Seyer & Richard G Levine; Lorraine B. Moura, Esq. for Barclays/American Business Credit, Inc.; William F. Alderman, Esq. for Sentra Securities Corporation; Richard L. Jaeger, Esq. for Jonathan Noble, et al.; James G. Simms, Esq. for C. Terry Brown. (paa) |
| 86/09/25 | | WAIVER FOR ORAL ARGUMENT ON 9/25/86 -- Pittsburgh, Pennsylvania -- Charles V. Boarman, Esq. for Rexlore, Inc. (paa) |
| 86/10/31 | | CONSENT OF TRANSFEREE COURT -- for transfer of litigation to N.D. California to the Hon. D. Lowell Jensen pursuant to 28 U.S.C. §1407 (rh) |
| 86/10/31 | | TRANSFER ORDER -- transferring A-2 thru A-12 to the N.D. California for pretrial proceeding -- Notified involved counsel, misc. recipients, judges and clerks (rh) |
| 86/11/18 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-13 The Mutual Fire, Marine & Inland Insurance Company v. Gerald Essig, et al., E.D. Pennsylvania, C.A. No. 86-2459 (Katz) and B-14 The Mutual Fire, Marine & Inland Insurance Company v. Thomas Berenger, et al., E.D. Pennsylvania, C.A. No. 86-2676 (Katz) -- NOTIFIED INVOLVED JUDGES & COUNSEL. (paa) |

JPML FORM 1A
p. 3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 698 -- In re Rexplore, Inc. Securities Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 86/12/04 | 13 | NOTICE OF OPPOSITION TO CTO -- Filed by pltf. The Mutual Fire, Marine & Inland Insurance Company -- B-13 The Mutual Fire, Marine & Inland Insurance Co. v. Gerald Essig, et al., E.D. Pennsylvania, C.A. No. 86-2459 and B-14 The Mutual Fire, Marine & Inland Insurance Co. v. Thomas Berenger, E.D. Pennsylvania, C.A. No. 86-2676 -- Notified involved counsel and judges (rh) |
| 86/12/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-15 Donald J. Kovacs, et al. v. Rexplore, Inc., et al., S.D. California, C.A. NO. 86-1987-R -- NOTIFIED INVOLVED JUDGES & COUNSEL. (paa) |
| 86/12/19 | | HEARING ORDER -- setting opposition of plaintiffs The Mutual Fire, Marine & Inland Insurance Co. to transfer of B-13 and B-14 for Panel hearing on January 29, 1987 in Tampa, Florida (cds) |
| 86/12/22 | 14 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDERS -- Filed by The Mutual Fire, Marine & Inland Insurance Co. -- B-13 The Mutual Fire, Marine & Inland Co Insurance Co v. Gerald Essig, E.D. Pennsylvania, C.A. No. 86-2459 and B-14 The Mutual Fire, Marine & Inland Co Insurance Co v. Thomas Berenger, et al., E.D. Pennsylvania, C.A. No. 86-2676 -- w/cert. of svc. and exhibts (rh) |
| 86/12/29 | 15 | RESPONSE -- (to pldg. #14) Gerald Essig, Gerald Goldberg, Sherwood Greenberg, Charles Gwathmey, Jesse P. Levy, Harold Kalb, Anthony Macri, Julius Miller, Michael Petito, Alan J. Rogers, Michael Rosenfeld, David Spinozza, Thomas Berenger, Lewis Delgato, Phillip Freedman, Ira Helman, Jerome Porush, Robert Siegal, Sidney Solvik, Eric Weissberg and Wayman Wing -- w/cert. of svc. (rh) |
| 87/01/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-15 Donald J. Kovacs, et al. v. Rexplore, Inc., et al., S.D. California, C.A. No. 86-1987-R -- NOTIFIED INVOLVED CLERKS & JUDGES. (paa) |
| 87/01/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-16 Ted Berry, et al. v. Sentra Securities Corporation, et al., W.D. Washington, C.A. NO. C86-1700 -- Notified involved counsel and judges. (tmq) |

JPML FORM 1A

B.4

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/01/20 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-17 Melvin Akazawa, et al. v. Rexplore, Inc., et al., W.D. Washington, C.A. No. 86-1901R -- Notified involved counsel and judges (rh) |
| 87/01/28 | | WAIVERS OF ORAL ARGUMENT -- (hearing of 1/29/87) All Waived (rh) |
| 87/02/03 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-16 Ted Berry, et al. v. Sentra Securities Corporation, et al., W.D. Washington, C.A. No. C86-1700 -- Notified involved clerks and judges. (tmq) |
| 87/02/04 | | TRANSFER ORDER -- Transferring B-13 The Mutual Fire, Marine & Inland Insurance Company v. Gerald Essig, et al., E.D. Pennsylvania, C.A. No. 86-2459 and B-14 The Mutual Fire, Marine & Inland Insurance Company v. Thomas Berenger, et al., E.D. Pennsylvania, C.A. No. 86-2676 -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL. (paa) |
| 87/02/05 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-17 Melvin Akazawa, et al. v. Rexplore, Inc., et al., W.D. Washington, C.A. NO. 86-1901R -- Notified invovled clerks and judges. (tmq) |
| 87/02/09 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-19 C. Terry Brown v. Rexplore, Inc., et al., S.D. Cal., #86-2383-G(M) and B-20 Thomas Berenger, et al. v. Richard G. Levine, et al., S.D.N.Y., #86-Civ-9150 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 87/02/25 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-19 C. Terry Brown v. Rexplore, Inc., et al., S.D. Cal., #86-2383-G(M) and B-20 Thomas Berenger, et al. v. Richard G. Levine, et al., S.D.N.Y., #86-Civ-9150 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 87/09/28 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-21 Marc Adler, et al. v. Sentra Securities Corporation, et al., W.D. Washington, C.A. No. C87-624 -- Notified involved counsel and judges. (tmq) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 698 -- In re Rexplore, Inc. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/09/29 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-22 Forum Insurance Co. v. Marshall Marchbanks, et al., S.D. New York, C.A. No. 87-Civ-6266 (DNE); B-23 Forum Insurance Co. v. Jeanette Jorgenson, S.D. New York, C.A. No. 87-Civ-6323 (DNE) -- Notified involved counsel and judges. (tmq) |
| 87/10/14 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-21 Marc Adler, et al. v. Sentra Securities Corporation, et al., W.D. Washington, C.A. No. C87-624 -- Notified involved judges and clerks. (tmq) |
| 87/10/15 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-22 Forum Insurance Co. v. Marshall Marchbanks, et al., S.D. New York, C.A. No. 87-Civ-6266 (DNE) and B-23 Forum Insurance co. v. Jeanette Jorgenson, S.D. New York, C.A. No. 87-Civ-6323 (DNE) -- Notified involved counsel and judges. (tmq) |
| 88/01/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-24 Barclays American/Business Credit, Inc. v. Steven Morton, S.D. New York, C.A. No. 87-2131 -- Notified involved counsel and judges (rh) |
| 88/01/28 | 16 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by plaintiff BarclaysAmerican/Business Credit, Inc. -- B-24 Barclays American/Business Credit, Inc. v. Steven Morton, S.D. New York, C.A. No. 87-2131 -- Notified involved judges and counsel. (paa) |
| 88/02/10 | | HEARING ORDER -- Setting opposition of pltf. BarclaysAmerican/Business Credit, Inc. in B-24 for Panel Hearing in San Francisco, California on March 25, 1988 (rh) |
| 88/02/18 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING MARCH 25, 1988 HEARING -- B-24 Barclays American/Business Credit, Inc. v. Steven Morton, S.D. New York, C.A. No. 87-2131 -- Notified involved judges, clerks and counsel (rh) |
| 88/06/23 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-25 Marc Adler, et al. v. Sentra Securities Corp., et al., W.D. Wash., #C-88-617 -- Notified involved judges and counsel (cds) |

JPML FORM 1A

B.5

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 698 -- _____

| Date | ref. | Pleading Description |
|---|---|---|
| 88/07/11 | | CONDITIONAL TRRRANSFER ORDER FINAL TODAY -- C-25 Marc Adler, et al. v. Sentra Securities Corporation, et al., W.D. Washington, C.A. No. C88-617 -- Notified involved judges and clerks (rh) |
| 91/08/30 | 17 | SUGGESTION FOR REMAND -- of A-5; A-7; A-9; A-10; B-13 and B-14 -- signed by judge D. Lowell Jensen in N.D. California (rh) |
| 91/08/30 | | CONDITIONAL REMAND ORDERS FILED TODAY -- A-5 Forum Insurance Co. v. Richard G. Levine, N.D. Cal., C.A. No. 86-6642 (S.D. N.Y., C.A. No. 86-Civ-2943); A-7 Forum Insurance Co. v. Rawson Nelson, N.D. Cal., C.A. No. 86-6645 (S.D. N.Y., C.A. No. 86-Civ-2941); A-9 Forum Insurance Co. v. Frank Seyer, N.D. Cal., C.A. No. 86-6740 (S.D. N.Y., C.A. No. 86-Civ-2947); A-10 Forum Insurance Co. v. John Schmelzer, N.D. Cal., C.A. No. 86-6644 (S.D. N.Y., C.A. No. 86-Civ-2944); B-13 The Mutual Fire, Marine & Inland Insurance Company v. Gerald Essig, et al., N.D. Cal., C.A. No. 87-0680 (E.D. Pa., C.A. No. 86-2459) and B-14 The Mutual Fire, Marine & Inland Insurance Company v. Thomas Berenger, et al., N.D. Cal., C.A. No. 87-0669 (E.D. Pa., C.A. No. 86-2676) -- Notified involved counsel and judge (rh) |
| 91/09/17 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- A-5 Forum Insurance Co. v. Richard G. Levine, N.D. Cal., C.A. No. 86-6642 (S.D. N.Y., C.A. No. 86-Civ-2943); A-7 Forum Insurance Co. v. Rawson Nelson, N.D. Cal., C.A. No. 86-6645 (S.D. N.Y., C.A. No. 86-Civ-2941); A-9 Forum Insurance Co. v. Frank Seyer, N.D. Cal., C.A. No. 86-6740 (S.D. N.Y., C.A. No. 86-Civ-2947); A-10 Forum Insurance Co. v. John Schmelzer, N.D. Cal., C.A. No. 86-6644 (S.D. N.Y., C.A. No. 86-Civ-2944); B-13 The Mutual Fire, Marine & Inland Insurance Company v. Gerald Essig, et al., N.D. Cal., C.A. No. 87-0680 (E.D. Pa., C.A. No. 86-2459) and B-14 The Mutual Fire, Marine & Inland Insurance Company v. Thomas Berenger, et al., N.D. Cal., C.A. No. 87-0669 (E.D. Pa., C.A. No. 86-2676)M -- Notified involved judge and clerks. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 698 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Rexplore, Inc. Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| September 25, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | October 31, 1986 | TO | Unpublished | N.D. California | Hon. D. Lowell Jensen | |

Lynne Pardun
556-5161

**Special Transferee Information**

DATE CLOSED: 9/17/91

JPML FORM 1                      LISTING OF INVOLVED ACTIONS

DOCKET NO. 698 -- In re Rexplore, Inc. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Jonathan Noble, et al. v. Rexplore, Inc., et al. | Cal.,N. Williams | C86-1448 | NTN | | 2/25/91 | |
| A-2 | Forum Insurance Co. v. Tico Bonomo | N.Y.,S. Broderick | 86-Civ-2946 | 10-31-86 | 86-6643 | 2/25/91 D | |
| A-3 | Forum Insurance Co. v. Terry Brown | N.Y.,S. Broderick | 86-Civ-2945 | 10-31-86 | 86-6644 | 2/25/91 D | |
| A-4 | Forum Insurance Co. v. Warren T. Christensen | N.Y.,S. Broderick | 86-Civ-2949 | 10-31-86 | 86-6737 | 2/25/91 D | |
| A-5 | Forum Insurance Co. v. Richard G. Levine | N.Y.,S. Broderick | 86-Civ-2943 | 10-31-86 | 86-6642 | 2/25/91 | |
| A-6 | Forum Insurance Co. v. Steven H. Morton | N.Y.,S. Broderick | 86-Civ-2931 | 10-31-86 | 86-6743 | 2/25/91 D | |
| A-7 | Forum Insurance Co. v. Rawson Nelson | N.Y.,S. Broderick | 86-Civ-2941 | 10-31-86 | 86-6645 | 9/17/91 R | |
| A-8 | Forum Insurance Co. v. Clinton Reilly | N.Y.,S. Broderick | 86-Civ-2942 | 10-31-86 | 86-6742 | 9/17/91 R | |
| A-9 | Forum Insurance Co. v. Frank Seyer | N.Y.,S. Broderick | 86-Civ-2947 | 10-31-86 | 86-6740 | 9/17/91 R | |
| A-10 | Forum Insurance Co. v. John Schmelzer | N.Y.,S. Broderick | 86-Civ-2944 | 10-31-86 | 86-6644 | 9/17/91 R | |
| A-11 | Forum Insurance Co. v. Sidney Slovick | N.Y.,S. Broderick | 86-Civ-2948 | 10-31-86 | 86-6741 | 2/25/91 D | |
| A-12 | Forum Insurance Co. v. Robert Wanderman | N.Y.,S. Broderick | 86-Civ-4466 | 10-31-86 | 86-6647 | 2/25/91 D | |

JPML FORM 1 -- Continuation

Listing of Involved Actions -- p. 2

DOCKET NO. 698 -- IN RE REXPLORE, INC. SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-13 | The Mutual Fire, Marine & Inland Insurance Company v. Gerald Essig, et al. 11/18/86 Opposed 12-4-86 | PA.,E.D. Katz | 86-2459 | 2/4/87 | 87-680 | 9/17/91 R | |
| B-14 | The Mutual Fire, Marine & Inland Insurance Company v. Thomas Berenger, et al. 11/18/86 Opposed 12-4-86 | PA.,E.D. Katz | 86-2676 | 2/4/87 | 87-681 | 9/17/91 R | |
| B-15 | Donald J. Kovacs, et al. v. Rexplore Inc., et al. 12/16/86 | CAL.,S.D. Rhoades | 86-1987-R | 1/12/87 | 87-316 | 2/25/91 D | |
| B-16 | Ted Berry, et al. v. Sentra Securities Corporation, et al. 1-16-87 | W.Wash. Rothstein | C86-1700 | 2/3/87 | 87-2069 | 2/25/91 D | |
| B-17 | Melvin Akazawa, et al. v. Rexplore, Inc., et al. 1-20-87 | W.D.Wash. Rothstein | C86-1901R | 2/5/87 | 87-2068 | 2/25/91 D | |
| XYZ-18 | Eric Bendixton, et al. v. Rexplore, Inc., et al. | N.D.Cal. | C86-5499 DLJ | | | ×2/25/91 D | |
| B-19 | C. Terry Brown v. Rexplore, Inc., et al. 2/9/87 | S.D.Cal. Gilliam | 86-2383-G(M) | 2/25/87 | 87-1163 | 4/13/90 D | |
| B-20 | Thomas Berenger, et al. v. Richard G. Levine, et al. 2/9/87 | S.D.N.Y. Edelstein | 86-Civ-9150 | 2/25/87 | 87-1639 | 2/25/91 D | |

July 1987 - 18 re/2 XX2/20 Pending

| B-21 | Marc Adler, et al. v. Sentra Securities Corporation, et al. 9/28/87 | W.D.WA Dimmick | C87-624 | 10/14/87 | 87-5313 DLJ | 5/13/88 D | |

DOCKET NO. 698 -- In re Rexplore, Inc. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-22 | Forum Insurance Co. v. Marshall Marchbanks, et al. 9/29/87 | S.D.N.Y. ~~Edelstein (DNE)~~ Broderick | 87-Civ-6266 | 10/15/87 | 87-5463 | 2/25/91 D | |
| B-23 | Forum Insurance Co. v. Jeanette Jorgenson 9/29/87 | S.D.N.Y. ~~Edelstein (DNE)~~ Broderick | 87-Civ-6323 | 10/15/87 | 87-5777 | 2/25/91 D | |
| B-24 | Barclays American/Business Credit, Inc. v. Steven Morton 1-13-88 Opposed - 1-28-88 July 1988 - 4 TR/24 | S.D.N.Y. Griesa | 87-2131 | 2-18-88 | Case still in for argument | Pending | 9/94 D6 |
| C-25 | Marc Adler, et al. v. Sentra Securities Corporation, et al. 6/23/88 | W.D.Wash. Coughenour | C88-617 | 7-11-88 | 88-2819-DLJ | 2/25/91 D | |
| XYZ-26 | ERIC Bendixon v. ~~Rexplore~~ duplicate July 1989 - 1 TR/1 XYZ/1 Dis/25 Pending July 1990 - same July 1991 - 2 Re/23 P | | ~~C86-5499-TB~~ | do not count | | | (See XYZ-18) |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 698 -- In re Rexplore, Inc. Securities Litigation

Appointed by Judge Lowell Order filed in N.D. Calif., Feb. 3, 1987

| LIAISON COUNSEL FOR PLAINTIFFS | LIAISON COUNSEL FOR DEFENDANTS |
|---|---|
| Richard L. Jaeger, Esquire<br>Feldman, Waldman & Kline<br>2700 Russ Building<br>235 Montgomery Street<br>San Francisco, CA  94104<br><br>Martin R. Gold, Esquire<br>Gold, Farrell & Marks<br>41 Madison Avenue<br>New York, New York  10010 | Lorraine Moura, Esquire<br>Buchalter, Nemer, Fields, Chrystie<br>  & Younger<br>101 California St., Suite 2050<br>San Francisco, CA  94111   *CoRR. Ret.*<br><br>William F. Alderman, Esquire<br>Orrick, Herrington & Suitcliffe<br>600 Montgomery Street<br>San Francisco, CA  94109 |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 698 -- In re Rexplore, Inc. Securities Litigation

---

JONATHAN NOBLE, ET AL. (A-1)
Richard L. Jaeger, Esquire
Feldman, Waldman & Kline
2700 Russ Building
235 Montgomery Street
San Francisco, CA  94104

FORUM INSURANCE CO. (A-2 thru A-12)
Robert Lewin, Esquire
Stroock, Stroock & Lavan
7  Hanover Square
New York, New York  10004

BARCLAYS AMERICAN BUSINESS CREDIT
Lorraine Moura, Esquire
Buchalter, Nemer, Fields, Chrystie
  & Younger
101 California St., Suite 2050
San Francisco, CA  94111

TICO BONOMO
SIDNEY SOLVIK
ROBERT WANDERMAN
Martin R. Gold, Esquire
Gold, Farrell & Marks
41 Madison Avenue
New York, New York 10010

CLINTON REILLY
JOHN SCHMELZER
WARREN T. CHRISTENSEN
Diana Parker, Esquire
Grand & Ostrow
641 Lexington Avenue
New York, New York  10022

---

SENTRA SECURITIES CORP.
William F. Alderman, Esquire
Orrick, Herrington & Sutcliffe
600 Montgomery Street
San Francisco, CA  94109

RAWSON NELSON
Harry Wise, Esquire
Gadsby & Hannah
437 Madison Avenue
New York, N.Y.  10022

THE MUTUAL FIRE, MARINE & INLAND
  INSURANCE COMPANY (B-13) & (B-14)
Henry L Shrager, Esquire
Wolf, Block, Schorr & Solis-Cohen
12th Floor, Packard Building
S.E. Corner 15th & Chestnut Sts.
Philadelphia, PA  19102

DONALD J. KOVACS, ET AL.   (B-15)
Kenneth H. Stone, Esquire
Imhoff & Stone
110 West "C" Street, Ste., 2202
San Diego, California  92101

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 698 -- In re Rexplore, Inc. Securities Litigation

| | |
|---|---|
| GERALD ESSIG<br>GERALD GOLDBERG<br>SHERWOOD GREENBERG<br>CHARLES GWATHMEY<br>JESSE P. LEVY<br>HAROLD KALB<br>ANTHONY MACRI<br>JULIUS MILLER<br>MICHAEL PETITO<br>ALAN J. ROGERS<br>MICHAEL ROSENFELD<br>DAVID SPINOZZA<br>THOMAS BERENGER<br>LEWIS DELGATO<br>PHILLIP FREEDMAN<br>IRA HELMAN<br>JEROME PORUSH<br>ROBERT SIEGAL<br>SIDNEY SLOVIK<br>ERIC WEISSBERG<br>WAYMAN WING (Defts B-13 & B-14)<br>Martin N. Gold, Esquire<br>Christine Lepera, Esquire<br>(previously listed, see page 1)<br>Steven T. Stern, Esquire<br>230 South Broad Street<br>18th Floor<br>Philadelphia, PA 19102 | ~~Horne, Nadler & Company<br>300 Garden City Plaza<br>Garden City, New York 11530~~ See page 3<br><br>~~Ruffa & Hanover<br>90 Park Avenue<br>New York, New York 10016~~<br><br>FRANK SEYER<br>RICHARD G. LEVINE<br>~~Charles Boarman, Esquire<br>2365 Harrodsburg Road,<br>Suite B.<br>Lexington, KY 40504~~ Removed per tel/con w/Mr. Boarman |
| REXPLORE, INC.<br>REXPLORE DRILLING, INC.<br>AMITE-TODD OIL & GAS DRILLING<br>   ASSOCIATES, LTD.<br>CLAYMORE OIL & GAS DRILLING<br>   ASSOCIATES, LTD.<br>SAND LICK DRILING ASSOCIATES, LTD.<br>LAURENTIAN DRILLING ASSOCIATES, LTD.<br>MASH FORK DRILLING ASSOCIATES, LTD.<br>SILVERHILL DRILLING ASSOCIATES, LTD.<br>(No appearance received)<br>W. Thomas Bunch, Esq.<br>Security Trust Building<br>Lexington, KY 40507<br><br>Mr. J. Hunt Perkins, Trustee<br>3319 Tates Creek Pike<br>Lexington, KY 40502 | SULPHUR DRAW OIL & GAS DRILLING ASSOCIATES<br>WEGER CROCKETT OIL & GAS DRILLING ASSOCIATES<br>OHIO LAKE OIL & GAS DRILLING ASSOCIATES<br>CHARLES J. HELFRICH<br>BERT G. EDWARDS<br>DONALD KRAVITZ<br>JOHN DRYDEN<br>ANDREW COTICCHIO<br>D.E. THEBAUD<br><br>Unable to determine counsel<br>   or address for above defts.<br><br>TED BERRY, ET AL. (B-16)<br>MELVIN AKAZAWA, ET AL. (B-17)<br>Parsons & Chappel<br>2300 Fourth & Blanchard Bldg.<br>2121 Fourth Avenue<br>Seattle, WA 98121<br><br>C. TERRY BROWN<br>Mitchell L. Lathrop, Esquire<br>Adams, Duque & Hazeltine<br>401 West "A" Street<br>San Diego, CA 94109<br><br>GRAYSON COUNTY OIL<br>(Unable to Determine Address) |

JPML FORM 2A -- Continuation

Counsel of Record -- p. 3

DOCKET NO. 698 -- In re Rexplore, Inc. Securities Litigation

---

**C. TERRY BROWN (B-19)**
Clifford L. Duke, Jr., Esq.
Bryan R. Snyder, Esq.
Duke, Gerstel, Shearer & Bregante
Wells Fargo Bank Building
101 West Broadway, Suite 400
P.O. Box 85470
San Diego, California  92138

**THOMAS BERENGER, ET AL. (B-20)**
Martin R. Gold, Esq.
(SAME AS TICO BONOMO)

*Corres Ret'd*

**DEVIL'S CREEK DRILLING ASSOCIATES, LTD.** (Deft. in B-20)
747 Third Avenue
New York, New York  10002

**SHREWSBERRY DRILLING ASSOCIATES, LTD.** (Deft. in B-20)
747 Third Avenue
New York, New York

*Corresp. returned*

**NEW ENGLAND FINANCIAL MANAGEMENT, INC.** (Deft. in B-20)
112 Rowayton Avenue
Rowayton, Connecticut

*Corr. Returned*

**MARC ADLER (B-21)**
Parsons & Chappel (Same as B-17)

---

**WSC GAS & OIL DRILLING ASSOCIATES;**
**OIL SPRINGS OIL & GAS DRILLING**
**ASSOCIATES (Deft. B-21)**
Unable to determine address

**FORUM INSURANCE CO. (B-22, B-23)**
Already listed (See A-2)

**JEANETTE JORGENSON (deft. B-23)**
**MARSHALL MARCHBANKS (deft. B-22)**
Margaret A. Keane, Esq.
LeBoeuf, Lamb, Leiby & MacRae
520 Madison Avenue
New York, NY  10022

**ELAINE MARCHBANKS (deft. B-22)**
Margaret A. Keane, Esq.
(Same As B-23)

---

**BARCLAYS AMERICAN/BUSINESS CREDIT (B-24)**
Mark W. Geisler, Esq.
Hoffinger, Friedland, Dobrish,
  Bernfeld & Hasen
110 East 59th Street
New York, New York  10022-1392

**STEVEN MORTON (Deft. in B-24)**
John C. Cleary, Esq.
LeBoeuf, Lamb, Leiby & MacRae
520 Madison Avenue
New York, New York  10022

**MARC ADLER, ET AL. (C-25)**
James B. Parsons, Esq.
Parsons & Chappel
Fourth & Blanchard Building
2121 Fourth Avenue
Suite 2300
Seattle, Washington  98121

**HORNE, NADLER & CO.**
Sharon S. Chandler, Esq.
Lewis, D'Amato, Brisbois & Bisgaard
601 California Street, Suite 1900
San Francisco, CA  94108

**RUFFA & HANOVER**
Esther Z. Hirsh, Esq.
Long & Levitt
101 California Street, Suite 2300
San Francisco, CA  94111

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 698 -- In re Rexplore, Inc. Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Rexplore, Inc. | A-1, B-15, B-17, B-19, B-20 |
| Richard G. Levine | A-1, A-5; B-15, B-16, B-17, B-19, B-20, B-21; C-25 |
| Frank H. Seyer | A-1, A-9; B-15; B-16, B-17, B-19, B-20, B-21; C-25 |
| Grayson County Oil and Gas Drilling Associates, Ltd. | A-1; B-21; C-25 |
| Sentra Securities, Corp. | A-1; B-15, B-16, B-17, B-19; B-21; C-25 |
| Barclays American Business Credit | A-1; B-14; B-15; B-16, B-17, B-19, B-20, B-21; C-25 |
| Forum Insurance Co. | A-1, B-16, B-19, B-20, B-21; |
| Tico Bonomo | A-2 |
| C. Terry Brown | A-3, |
| Warren T. Christensen | A-4 |
| Steven H. Morton | A-6, B-24 |

p. 2

| | |
|---|---|
| Rawson Nelson | A-7 |
| Clinton Reilly | A-8 |
| John Schmelzer | A-10 |
| Sidney Slovick | A-11; B-14; |
| Robert Wanderman | A-12 |
| GERALD ESSIG | B-13; B-14; |
| GERALD GOLDBERG | B-13; B-14; |
| Sherwood Greenberg | B-13; B-14; |
| HAROLD KALB | B-13; B-14; |
| ANTHONY MACRI | B-13; B-14; |
| JULIUS MILLER | B-13; B-14; |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 698 -- IN RE REXPLORE, INC. SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| MICHAEL PETITO | B-13; |
| ALAN J. ROGERS | B-13; A-14; |
| Michael Rosenfeld | B-13; A-14; |
| DAVID SPINOZZA | B-13; |
| Thomas Berenger | B-14; |
| LEWIS DELGATO | B-14; |
| PHILLIP FREEDMAN | B-14; |
| Ira Helman | B-14; |
| JEROME PORUSH | B-14; |
| Robert Siegal | B-14; |
| ERIC WEISSBERG | B-14; |

| | |
|---|---|
| WAYMAN WING | B-14; |
| CHARLES GWATHMEY | B-13; B-14; |
| JESSE P. LEVY | B-14; |
| AMITE-TODD OIL & GAS DRILLING ASSOCIATES, LTD | B-15, B-16, B-17 C-25 |
| CLAYMORE GAS & OIL DRILLING ASSOCIATES, LTD | B-15, B-16, B-21; C-25 |
| SAND LICK DRILLING ASSOCIATES, LTD. | B-15 |
| LAURENTIAN DRILLING ASSOCIATES, LTD. | B-15, B-16 C-25 |
| MASH FORK DRILLING ASSOCIATES, LTD. | B-15, B-16, B-17 |
| SILVERHILL DRILLING ASSOCIATES, LTD. | B-15, B-20 |
| THE MUTUAL FIRE MARINE & INLAND INSURANCE CO. (a Penna. Corp.) | B-15, B-16, B-17; B-21; |
| HORNE, NADLER & CO. (A NY Partnership) | B-15, B-16, B-17; B-21; C-25 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 698 -- IN RE REXPLORE, INC. SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| RUFFA & HANOVER, (a NY Corp) | B-15, B-16 C-25 |
| SULPHUR DRAW OIL & GAS DRILLING ASSOCIATES | B-16, B-19 |
| WEGER CROCKETT OIL & GAS DRILLING ASSOCIATES | B-16, B-21, C-25 |
| OHIO LAKE OIL & GAS DRILLING ASSOCIATES | B-16, B-19 |
| CHARLES J. HELFRICH: | B-16 |
| BERT G. EDWARDS | B-16 |
| DONALD KRAVITZ | B-16 |
| ~~New England Capital~~ | B-19, B-20, B-21; |
| JOHN DRYDEN | B-16 |
| ANDREW COTICCHIO | B-16, B-19 |
| D.E. THEBAUD | B-16 |

p. 6

| | |
|---|---|
| Devil's Creek Drilling Associates, Ltd. | B-20 |
| Shrewsberry Drilling Associates, Ltd. | B-20 |
| New England Financial Management, Inc. a/k/a New England Capital | B-20, B-17; B-21; C-25 |
| OIL SPRINGS OIL & GAS DRILLING Limited Part. | B-21; C-25 |
| WSC OIL & GAS DRILLING ASSOCIATES (a Kentucky Ltd. Part.) | B-21; C-25 |
| MARSHALL MARCHBANKS | B-22 |
| ELAINE MARCHBANKS | B-22 |
| Jeanette Jorgenson | B-23 |