JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT 31 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 698

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE REXPLORE, INC. SECURITIES LITIGATION

TRANSFER ORDER*

   This litigation presently consists of twelve actions pending in two federal districts: eleven actions in the Southern District of New York and one action in the Northern District of California.[1/] Before the Panel is a motion by Forum Insurance Company, Inc., the plaintiff in each New York action and a defendant in the California action, to centralize the actions in this litigation, pursuant to 28 U.S.C. §1407, in the Southern District of New York for coordinated or consolidated pretrial proceedings. No responding party opposes transfer; the sole dispute among the parties before the Panel concerns selection of either the Southern District of New York, the Northern District of California or the Southern District of California as the preferable transferee forum.

   On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the Northern District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The actions before the Panel all involve common factual issues pertaining to the operation and financial structure of certain limited partnerships created and promoted by Rexplore, Inc. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

---

\* Judge Milton Pollack recused himself and took no part in the decision of this matter. In addition, Judge Sam C. Pointer, Jr. took no part in the decision of this matter.

[1/] The Panel has been advised of the pendency of two additional related actions in the Eastern District of Pennsylvania and one other related action in the Southern District of California. These actions will be treated as potential tag-along actions in accordance with Panel Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278-80 (1981).

-2-

We are persuaded that the Northern District of California is the appropriate transferee forum for this litigation because 1) the action pending in that district is the most comprehensive in this docket in terms of issues and parties involved, and ii) the majority of the parties in actions before the Panel favors the San Francisco forum.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Southern District of New York be, and the same hereby are, transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable D. Lowell Jensen for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-698 -- In re Rexplore, Inc. Securities Litigation</u>

    <u>Northern District of California</u>

<u>Jonathan Noble, et al. v. Rexplore, Inc., et al.</u>, C.A. No. C86-1448

    <u>Southern District of New York</u>

<u>Forum Insurance Co. v. Tico Bonomo</u>, C.A. No. 86-Civ-2946
<u>Forum Insurance Co. v. Terry Brown</u>, C.A. No. 86-Civ-2945
<u>Forum Insurance Co. v. Warren T. Christensen</u>, C.A. No. 86-Civ-2949
<u>Forum Insurance Co. v. Richard G. Levine</u>, C.A. No. 86-Civ-2943
<u>Forum Insurance Co. v. Steven H. Morton</u>, C.A. No. 86-Civ-2931
<u>Forum Insurance Co. v. Rawson Nelson</u>, C.A. No. 86-Civ-2941
<u>Forum Insurance Co. v. Clinton Reilly</u>, C.A. No. 86-Civ-2942
<u>Forum Insurance Co. v. Frank Seyer</u>, C.A. No. 86-Civ-2947
<u>Forum Insurance Co. v. John Schmelzer</u>, C.A. No. 86-Civ-2944
<u>Forum Insurance Co. v. Sidney Slovick</u>, C.A. No. 86-Civ-2948
<u>Forum Insurance Co. v. Robert Wanderman</u>, C.A. No. 86-Civ-4466